■ In the Matter of AUDREY K. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ERIK K., Appellant. [968 NYS2d 891]—

In a child protective proceeding pursuant to Family Court Act article 10, the father appeals from an order of fact-finding and disposition of the Family Court, Suffolk County (Loguercio, J.), dated May 8, 2012, which, upon a decision of the same court dated April 20, 2012, made after a fact-finding hearing, inter alia, found that he neglected the subject child. The notice of appeal from the decision is deemed to be a notice of appeal from the order of fact-finding and disposition (*see* CPLR 5512 [a]).

Ordered that the order of fact-finding and disposition is affirmed, without costs or disbursements.

The Family Court's finding of neglect is supported by a preponderance of the evidence (*see* Family Ct Act §§ 1012 [f] [i] [B]; 1046 [a] [iii]; [b] [i]). Contrary to the father's contentions, the evidence adduced at the fact-finding hearing of his repeated misuse of drugs established a prima facie case of neglect and, therefore, neither actual impairment of the child's physical, mental, or emotional condition, nor specific risk of impairment, needed to be established (*see Matter of Sadiq H. [Karl H.]*, 81 AD3d 647 [2011]).

The parties' remaining contentions need not be reached in light of our determination. Mastro, J.P., Skelos, Balkin and Leventhal, JJ., concur.